APPEAL,ATTYOPEN,CLOSED

# United States District Court
## Eastern District of Wisconsin (Milwaukee)
## CIVIL DOCKET FOR CASE #: 2:10−cv−00893−LA

SHORT RECORD
Appeal No. 15-1608
Filed 3/20/15

Six Star Holdings LLC v. City of Milwaukee
Assigned to: Judge Lynn Adelman
 related Case:  2:15−cv−00175−LA
Cause: 28:1983 Civil Rights

Date Filed: 10/12/2010
Date Terminated: 02/19/2015
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Six Star Holdings LLC**

represented by **Jeff Scott Olson**
Jeff Scott Olson Law Firm SC
131 W Wilson St − Ste 1200
Madison, WI 53703−3245
608−283−6001
Fax: 608−283−0945
Email: jsolson@scofflaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ferol LLC**

represented by **Jeff Scott Olson**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**City of Milwaukee**

represented by **Adam B Stephens**
Milwaukee City Attorney's Office
200 E Wells St − Rm 800
Milwaukee, WI 53202−3551
414−286−2601
Fax: 414−286−8550
Email: astephens@milwaukee.gov
*ATTORNEY TO BE NOTICED*

**Stuart Mukamal**
Milwaukee City Attorney's Office
200 E Wells St − Rm 800
Milwaukee, WI 53202−3551
414−286−2628
Fax: 414−286−8550
Email: smukam@milwaukee.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|

| 10/12/2010 | 1 | | COMPLAINT with Jury Demand; against City of Milwaukee by Six Star Holdings LLC. ( Filing Fee PAID $350 receipt number 0757−1190274) (Attachments: # 1 Civil Cover Sheet)(Olson, Jeff) |
|---|---|---|---|
| 10/12/2010 | | | NOTICE Regarding assignment of this matter to Judge Lynn Adelman ;Consent/refusal forms for Magistrate Judge Callahan to be filed within 21 days;the consent/refusal form is available on our web site ;pursuant to Civil Local Rule 7.1 a disclosure statement is to be filed upon the first filing of any paper and should be filed now if not already filed (jcl) |
| 10/12/2010 | 2 | | DISCLOSURE Statement by Six Star Holdings LLC. (Olson, Jeff) |
| 10/12/2010 | 3 | | Refusal to Jurisdiction by US Magistrate Judge by Six Star Holdings LLC. (Olson, Jeff) |
| 10/13/2010 | 4 | | NOTICE by All Plaintiffs *of filing of First Amended Complaint* (Olson, Jeff) |
| 10/13/2010 | 5 | | AMENDED COMPLAINT *(First)* with Jury Demand against City of Milwaukee filed by Six Star Holdings LLC, Ferol, LLC.(Olson, Jeff) |
| 10/29/2010 | 6 | | WAIVER OF SERVICE Returned Executed by City of Milwaukee waiver sent on 10/18/2010, answer due 12/17/2010. (Olson, Jeff) |
| 12/14/2010 | 7 | | *Affirmative Defenses and* ANSWER to 5 Amended Complaint by City of Milwaukee.(Stephens, Adam) |
| 12/14/2010 | 8 | | MOTION to Dismiss *(Partial) and Alternative Motion for Partial Judgment on the Pleadings with Respect to Plaintiffs' First Amended Complaint* by City of Milwaukee. (Mukamal, Stuart) |
| 12/14/2010 | 9 | | BRIEF in Support filed by City of Milwaukee re 8 MOTION to Dismiss *(Partial) and Alternative Motion for Partial Judgment on the Pleadings with Respect to Plaintiffs' First Amended Complaint (officially titled Memorandum of Law)*. (Mukamal, Stuart) |
| 12/30/2010 | 10 | | MOTION for Extension of Time *in Which to Respond to Defendant's Partial Motion to Dismiss and Alternative Motion for Partial Judgment on the Pleadings* by All Plaintiffs. (Olson, Jeff) |
| 12/30/2010 | 11 | | LETTER from Stuart S. Mukamal. (Mukamal, Stuart) |
| 01/05/2011 | | | TEXT ONLY ORDER signed by Judge Lynn Adelman on 1/5/11 granting 10 Motion for Extension of Time. Plaintiffs' brief due 1/26/11; Defendant's reply due 2/9/11. (cc: all counsel) (Adelman, L.)(dm) Modified text on 1/6/2011 (kah). |
| 01/26/2011 | 12 | | BRIEF in Opposition filed by All Plaintiffs re 8 MOTION to Dismiss *(Partial) and Alternative Motion for Partial Judgment on the Pleadings with Respect to Plaintiffs' First Amended Complaint*. (Olson, Jeff) |
| 02/08/2011 | 13 | | REPLY BRIEF in Support filed by All Defendants re 8 MOTION to Dismiss *(Partial) and Alternative Motion for Partial Judgment on the Pleadings with Respect to Plaintiffs' First Amended Complaint*. (Mukamal, Stuart) |
| 02/08/2011 | 14 | | ATTACHMENTS *to Reply Brief (Ordinances)* by All Defendants re 13 Reply Brief in Support of Motion. (Mukamal, Stuart) |

| | | |
|---|---|---|
| 02/08/2011 | | NOTICE of Electronic Filing Error re 14 Attachments filed by City of Milwaukee ; This document should have been filed as an attachment. This document does not need to be re−filed; Please refer to the user manuals on electronic case filing found at www.wied.uscourts.gov (kah) |
| 05/10/2011 | 15 | LETTER from Attorney Jeff Scott Olson *Requesting Scheduling a Preliminary Pretrial Conference*. (Olson, Jeff) |
| 05/12/2011 | 16 | SCHEDULING ORDER signed by Judge Lynn Adelman on 5/12/11. Telephone Scheduling Conference set for 5/26/2011 03:00 PM before Judge Lynn Adelman. The court will initiate the call. (cc: all counsel)(dm) (Entered: 05/13/2011) |
| 05/13/2011 | | NOTICE by the Court. Telephone Scheduling Conference set for 5/26/2011 03:00 PM before Judge Lynn Adelman is RESCHEDULED to 5/31/11 10:30 a.m. The court will initiate the call. (cc: all counsel)(dm) |
| 05/13/2011 | | Reset Hearings: Telephone Scheduling Conference set for 5/31/2011 10:30 AM before Judge Lynn Adelman. (dm) |
| 05/23/2011 | 17 | *Joint* REPORT of Rule 26(f) Plan by All Plaintiffs. (Olson, Jeff) |
| 05/23/2011 | 18 | ORDER signed by Judge Lynn Adelman on 5/23/11 granting 8 Defendant's Partial Motion to Dismiss Complaint. (cc: all counsel) (dm) (Entered: 05/24/2011) |
| 05/31/2011 | 19 | Minute Entry for proceedings held before Judge Lynn Adelman: Telephonic Scheduling Conference held on 5/31/2011; Court to issue scheduling order (jcl) |
| 05/31/2011 | 20 | SCHEDULING ORDER signed by Judge Lynn Adelman on 5/31/11. Discovery cutoff 11/1/2011; Dispositive Motions due by 12/1/2011. (cc: all counsel)(dm) |
| 08/17/2011 | 21 | MOTION to File *Second Amended and Supplemental Complaint* by All Plaintiffs. (Attachments: # 1 Complaint Second Amended and Supplemental Complaint)(Olson, Jeff) |
| 08/22/2011 | 22 | RESPONSE to Motion filed by City of Milwaukee re 21 MOTION to File *Second Amended and Supplemental Complaint Memorandum of Law in Response and in Opposition to Plaintiffs' Motion*. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Mukamal, Stuart) |
| 08/29/2011 | 23 | LETTER from Attorney Jeff Scott Olson *Letter to Judge Adelman Withdrawing Motion for Leave to File 2nd Amended Complaint*. (Olson, Jeff) |
| 10/10/2011 | 24 | Joint MOTION to Modify *Scheduling Order* by All Parties. (Olson, Jeff) |
| 10/11/2011 | 25 | MOTION for Leave to File *to File Third Amended and Supplemental Complaint* by All Plaintiffs. (Attachments: # 1 Complaint Third Amended and Supplemental Complaint, # 2 Exhibit A − Chapter 83)(Olson, Jeff) |
| 10/14/2011 | | TEXT ONLY ORDER signed by Judge Lynn Adelman on 10/14/11 granting 24 Joint MOTION to Modify *Scheduling Order* filed by Ferol LLC, City of Milwaukee, Six Star Holdings LLC. Discovery cutoff 12/15/11; dispositive motions due 1/16/12. (cc: all counsel)(dm) |

| | | |
|---|---|---|
| 10/14/2011 | | Set/Reset Deadlines: Discovery cutoff 12/15/2011, Dispositive Motions due by 1/16/2012 (dm) |
| 10/20/2011 | 26 | RESPONSE to Motion filed by City of Milwaukee re 25 MOTION for Leave to File *to File Third Amended and Supplemental Complaint Defendant's Objection to Plaintiffs' Motion for Leave to File Third Amended and Supplemental Complaint*. (Stephens, Adam) |
| 10/20/2011 | 27 | AFFIDAVIT of Rebecca Grill *in Support of Defendant's Objection to Plaintiffs' Motion for Leave to File Third Amended and Supplemental Complaint*. (Attachments: # 1 Exhibit A)(Stephens, Adam) |
| 11/02/2011 | 28 | LETTER from Attorney Jeff Scott Olson *to Judge Adelman Withdrawing Motion for Leave to File 3rd Amended Complaint*. (Olson, Jeff) |
| 11/02/2011 | 29 | MOTION for Leave to File *Fourth Amended and Supplemental Complaint* by All Plaintiffs. (Attachments: # 1 Complaint Proposed Fourth Amended and Supplemental Complaint, # 2 Exhibit A − Theater Ordinance, # 3 Exhibit B − Entertainment Ordinance)(Olson, Jeff) Modified on 11/3/2011 (jcl) |
| 11/02/2011 | 30 | DECLARATION of Sarah Furey Crandall *in Support of Motion for Leave to File Fourth Amended and Supplemental Complaint*. (Attachments: # 1 Exhibit A − Lease)(Olson, Jeff) |
| 11/22/2011 | 31 | RESPONSE to Motion filed by City of Milwaukee re 29 MOTION for Leave to File *Fourth Amended and Supplemental Complaint* . (Stephens, Adam) |
| 11/22/2011 | 32 | AFFIDAVIT of Stuart S. Mukamal *in Support of Defendant's Objection to Plaintiffs' Motion for Leave to File Fourth Amended and Supplemental Complaint*. (Stephens, Adam) |
| 12/07/2011 | 33 | REPLY BRIEF in Support filed by All Plaintiffs re 29 MOTION for Leave to File *Fourth Amended and Supplemental Complaint* . (Olson, Jeff) |
| 12/16/2011 | 34 | Joint MOTION to Modify *Scheduling Order* by All Parties. (Olson, Jeff) |
| 12/19/2011 | | TEXT ONLY ORDER signed by Judge Lynn Adelman on 12/19/11 granting 34 Joint MOTION to Modify *Scheduling Order* filed by Ferol LLC, City of Milwaukee, Six Star Holdings LLC. The deadline for filing dispositive motions is removed from the schedule and a new scheduling conference will be set after the court has ruled on the plaintiffs' motion for leave to file a Fourth Amended and Supplemental Complaint. (cc: all counsel)(dm) |
| 02/28/2012 | 35 | ORDER signed by Judge Lynn Adelman on 2/28/2012 granting 29 Motion for Leave to File Fourth Amended and Supplemental Complaint by All Plaintiffs. Telephonic Status Conference set for 3/29/2012 at 11:00 AM before Judge Lynn Adelman. The Court will initiate the call. (cc: all counsel) (nts) |
| 02/28/2012 | 36 | Fourth AMENDED COMPLAINT with Jury Demand against City of Milwaukee filed by Six Star Holdings LLC, Ferol LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(jcl) (Entered: 02/29/2012) |
| 03/13/2012 | 37 | *Affirmative Defenses and* ANSWER to 36 Amended Complaint by City of Milwaukee. (Attachments: # 1 Exhibit)(Stephens, Adam) |
| 03/29/2012 | 38 | |

| | | | |
|---|---|---|---|
| | | | Minute Entry for proceedings held before Judge Lynn Adelman: Telephonic Scheduling Conference held on 3/29/2012. See minutes for briefing on dispositive motions. (jcl) |
| 04/26/2012 | 39 | | Unopposed MOTION for Extension of Time *on Briefing Schedule* by All Plaintiffs. (Olson, Jeff) |
| 05/02/2012 | | | TEXT ONLY ORDER signed by Judge Lynn Adelman on 5/2/12 granting 39 Unopposed MOTION for Extension of Time *on Briefing Schedule* filed by Ferol LLC, Six Star Holdings LLC. Dispositive motion due 5/4/12. Deadlines for response and reply briefs are moved back one week. (cc: all counsel)(dm) |
| 05/04/2012 | 40 | | Unopposed MOTION to Amend/Correct Schedule for Summary Judgment Submissions by All Plaintiffs. (Olson, Jeff) |
| 05/09/2012 | | | TEXT ONLY ORDER signed by Judge Lynn Adelman on 5/9/12 granting 40 Unopposed MOTION to Amend/Correct Schedule for Summary Judgment Submissions filed by Ferol LLC, Six Star Holdings LLC. Plaintiffs' motion for summary judgment due 6/16/12, defendant's response and motion for summary judgment due 8/16/12, plaintiffs' response and reply due 9/21/12, defendant's reply due 10/8/12. (cc: all counsel)(dm) |
| 06/19/2012 | 41 | | Joint MOTION to Modify *of Parties to Temporarily Suspend Briefing Schedule* by All Plaintiffs. (Olson, Jeff) |
| 06/20/2012 | | | TEXT ONLY ORDER signed by Judge Lynn Adelman on 6/20/12 granting 41 Joint MOTION to Modify *of Parties to Temporarily Suspend Briefing Schedule* filed by Ferol LLC, Six Star Holdings LLC. (cc: all counsel)(dm) |
| 07/26/2012 | 42 | | Joint MOTION to Amend/Correct Scheduling Order *by Defendant and* by All Plaintiffs. (Olson, Jeff) |
| 07/31/2012 | | | TEXT ONLY ORDER signed by Judge Lynn Adelman on 7/31/12 granting 42 Joint MOTION to Amend/Correct Scheduling Order *by Defendant and* filed by Ferol LLC, Six Star Holdings LLC. Defendant to advise plaintiffs of stipulated facts by 8/13/12, Plaintiffs' motion for summary judgment as to liability due 8/27/12, Defendant's brief in opposition to plaintiffs' motion and its own motion for summary judgement due 10/22/12, Plaintiffs' reply due 11/19/12, Defendant's reply due 12/21/12. (cc: all counsel)(dm) |
| 08/29/2012 | 43 | | MOTION for Summary Judgment *as to Liability* by All Plaintiffs. (Olson, Jeff) |
| 08/29/2012 | 44 | | STIPULATION *of Facts relating to Parties' Motions for Summary Judgment* by All Plaintiffs. (Olson, Jeff) |
| 08/29/2012 | 45 | | Proposed Findings of Fact by All Plaintiffs (Olson, Jeff) |
| 08/29/2012 | 46 | | DECLARATION of Jeff Scott Olson *in Support of Plaintiffs' Motion for Summary Judgment*. (Attachments: # 1 Exhibit A, Transcript of Plaintiff's License Hearing, # 2 Exhibit B, Transcript of Rusty's License Hearing)(Olson, Jeff) |
| 08/29/2012 | 47 | | DECLARATION of Jon Ferraro *in Support of Plaintiffs' Motion for Summary Judgment*. (Attachments: # 1 Exhibit A, Ferol Lease, # 2 Exhibit B, |

| | | |
|---|---|---|
| | | Six Star First Lease, #_3 Exhibit C, Amendment to Six Star Lease, #_4 Exhibit Second Amendment to Six Star Lease, #_5 Exhibit E, Third Amendment to Six Star Lease)(Olson, Jeff) |
| 08/29/2012 | 48 | MOTION for Leave to File Excess Pages *in Plaintiffs' Brief in Support of Motion for Summary Judgment* by All Plaintiffs. (Olson, Jeff) |
| 08/29/2012 | 49 | BRIEF in Support filed by All Plaintiffs re 43 MOTION for Summary Judgment *as to Liability* . (Olson, Jeff) |
| 08/29/2012 | | NOTICE of Electronic Filing Error re 49 Brief in Support of Motion filed by Ferol LLC, Six Star Holdings LLC ; This document should have been filed as an attachment to 48 Motion for Leave to File. This document does not need to be re−filed; Please refer to the policies and procedures for electronic case filing found at www.wied.uscourts.gov (jcl) (Entered: 08/30/2012) |
| 08/31/2012 | 50 | BRIEF in Support filed by All Plaintiffs re 43 MOTION for Summary Judgment *as to Liability (Corrected to Add Appendices)*. (Attachments: #_1 Appendix A, Ch. 83 Theater License Ordinance, #_2 Appendix B, Ch 90−33 Tavern amusement license ordinances, #_3 Appendix C, Ch 108 Public Entertainment)(Olson, Jeff) |
| 10/15/2012 | 51 | MOTION to Amend/Correct briefing schedule by All Defendants. (Stephens, Adam) |
| 10/16/2012 | | TEXT ONLY ORDER signed by Judge Lynn Adelman on 10/16/12 granting 51 MOTION to Amend/Correct briefing schedule filed by City of Milwaukee. Defendant's brief and response to plaintiff's motion for summary judgment due 11/12/12; plaintiff's reply due 12/12/12 and defendant's reply due 1/14/13. (cc: all counsel)(dm) |
| 11/09/2012 | 52 | Unopposed MOTION to Amend/Correct briefing schedule by All Defendants. (Stephens, Adam) |
| 11/14/2012 | | TEXT ONLY ORDER signed by Judge Lynn Adelman on 11/14/12 granting 52 Unopposed MOTION to Amend/Correct briefing schedule filed by City of Milwaukee. Defendant's brief due 11/26/12, plaintiffs' reply due 1/7/13, defendant's reply due 2/4/13. (cc: all counsel)(dm) |
| 11/26/2012 | 53 | MOTION for Summary Judgment *Notice of Motion and* by City of Milwaukee. (Stephens, Adam) |
| 11/26/2012 | 54 | MOTION for Leave to File Excess Pages by City of Milwaukee. (Stephens, Adam) |
| 11/26/2012 | 55 | BRIEF in Support filed by City of Milwaukee re 53 MOTION for Summary Judgment *Notice of Motion and*, 43 MOTION for Summary Judgment *as to Liability* . (Stephens, Adam) |
| 11/26/2012 | 56 | AFFIDAVIT of Rebecca Grill . (Attachments: #_1 Exhibit A, #_2 Exhibit B, #_3 Affidavit C)(Stephens, Adam) |
| 11/26/2012 | 57 | EXHIBITS to 56 ~~AFFIDAVIT of REBECCA GRILL .~~ (Attachments: #_1 Exhibit D, #_2 Exhibit E, #_3 Exhibit F)(Stephens, Adam) Modified on 11/28/2012 (jcl). |
| 11/26/2012 | 58 | |

| | | EXHIBITS to 56 ~~AFFIDAVIT of REBECCA GRILL~~. (Attachments: #1 Exhibit G)(Stephens, Adam) Modified on 11/28/2012 (jcl). |
|---|---|---|
| 11/26/2012 | 59 | EXHIBITS to 56 ~~AFFIDAVIT of REBECCA GRILL~~. (Attachments: #1 Exhibit H−A)(Stephens, Adam) Modified on 11/28/2012 (jcl). |
| 11/26/2012 | 60 | EXHIBITS to 56 ~~AFFIDAVIT of REBECCA GRILL~~. (Attachments: #1 Exhibit H−B)(Stephens, Adam) Modified on 11/28/2012 (jcl). |
| 11/26/2012 | 61 | EXHIBITS to 56 ~~AFFIDAVIT of REBECCA GRILL~~. (Attachments: #1 Exhibit H−C, #2 Exhibit I)(Stephens, Adam) Modified on 11/28/2012 (jcl). |
| 11/26/2012 | 62 | EXHIBITS to 56 ~~AFFIDAVIT of REBECCA GRILL~~. (Attachments: #1 Exhibit J−A, #2 Exhibit J−B)(Stephens, Adam) Modified on 11/28/2012 (jcl). |
| 11/26/2012 | 63 | EXHIBITS ~~AFFIDAVIT of REBECCA GRILL~~. (Attachments: #1 Exhibit J−C, #2 Exhibit K)(Stephens, Adam) Modified on 11/28/2012 (jcl). |
| 11/27/2012 | 64 | ~~AFFIDAVIT of Rebecca Grill with~~ Corrected Exh. K to 56. (Attachments: #1 Exhibit K)(Stephens, Adam) Modified on 11/28/2012 (jcl). |
| 01/07/2013 | 65 | Joint MOTION to Amend/Correct Briefing Schedule by All Plaintiffs. (Attachments: #1 Text of Proposed Order revising briefing schedule)(Olson, Jeff) |
| 01/09/2013 | 66 | ORDER signed by Judge Lynn Adelman on 1/9/13 granting 65 Motion to Amend/Correct. Plaintiffs' reply due 1/11/13; Defendant's reply due 2/8/13. (cc: all counsel) (dm) |
| 01/11/2013 | 67 | Unopposed MOTION for Extension of Time *on Briefing Schedule* by All Plaintiffs. (Olson, Jeff) |
| 01/14/2013 | 68 | ORDER signed by Judge Lynn Adelman on 1/14/13 granting 67 Motion for Extension of Time. No further extensions of time will be granted.Plaintiffs' response due 01/28/13; City's reply due 02/28/13. (cc: all counsel) (dm) Modified on 1/14/2013 (jcl). |
| 01/28/2013 | 69 | REPLY BRIEF in Support filed by All Plaintiffs re 53 MOTION for Summary Judgment *Notice of Motion and,* 43 MOTION for Summary Judgment *as to Liability*. (Olson, Jeff) |
| 01/28/2013 | 70 | STIPULATION *of Facts as to License Applications* by All Plaintiffs. (Olson, Jeff) |
| 01/28/2013 | 71 | Proposed Findings of Fact by All Plaintiffs (Olson, Jeff) |
| 01/28/2013 | 72 | RESPONSE to Motion filed by All Plaintiffs re 53 MOTION for Summary Judgment *Notice of Motion and (Response to Defendant's Proposed Findings of Fact)*. (Olson, Jeff) |
| 01/28/2013 | 73 | DECLARATION of Jon Ferraro *(Second) in Opposition to Defendant's Motion for Summary Judgment*. (Olson, Jeff) |
| 01/28/2013 | 74 | DECLARATION of Jeff Scott Olson *(Second) in Response to Defendant's Motion for Summary Judgment*. (Attachments: #1 Exhibit A, License Applications, #2 Exhibit B, Rusty's Facebook Page, Website)(Olson, Jeff) |

| 01/29/2013 | 75 | AMENDED REPLY BRIEF in Support filed by All Plaintiffs re 53 MOTION for Summary Judgment *Notice of Motion and*, 43 MOTION for Summary Judgment *as to Liability* . (Olson, Jeff) Modified on 1/29/2013 (djd). |
|---|---|---|
| 02/26/2013 | 76 | REPLY filed by All Defendants re 75 Reply Brief in Support of Motion *defendant's reply brief to plaintiffs' response brief doc 75*. (Stephens, Adam) |
| 02/26/2013 | 77 | Proposed Findings of Fact by All Defendants (Stephens, Adam) |
| 03/18/2013 | 78 | DECISION AND ORDER signed by Judge Lynn Adelman on 3/18/13 granting in part and denying in part 43 Plaintiffs' Motion for Summary Judgment; granting in part and denying in part 53 Defendant's Motion for Summary Judgment. Summary judgment is granted to the City on plaintiffs claims involving the tavern and tavern−amusement ordinances. Summary judgment is granted to Six Star on the issue of the Citys liability for damages relating to Six Stars inability to offer erotic dance entertainment without also serving alcohol at the Old World Third location. Further, granting 48 , 54 Motions for Leave to File Excess Pages. Further setting status conference for 4/11/2013 10:30 AM in Courtroom 390, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Judge Lynn Adelman. (cc: all counsel) (dm) |
| 03/26/2013 | 79 | DECLARATION of Jon Ferraro *Regarding Ferol's Intentions to Operate a Club in Downtown Milwaukee that Presents Erotic Dance Entertainment and Does Not Sell Alcoholic Beverages*. (Olson, Jeff) |
| 04/09/2013 |  | NOTICE by the Court. Status conference scheduled for 4/11/2013 10:30 AM in Courtroom 390, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Judge Lynn Adelman is ADJOURNED to 4/16/13 10:30 AM. (cc: all counsel)(dm) |
| 04/09/2013 |  | Set/Reset Hearings: Status Conference set for 4/16/2013 10:30 AM in Courtroom 390, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Judge Lynn Adelman. (dm) |
| 04/10/2013 |  | NOTICE by the Court. Status conference scheduled for 4/16/2013 10:30 AM in Courtroom 390, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Judge Lynn Adelman is ADJOURNED to 4/22/13 11:00 AM. (cc: all counsel)(dm) |
| 04/18/2013 |  | Set/Reset Hearings: Status Conference set for 4/22/2013 11:00 AM in Courtroom 390, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Judge Lynn Adelman. (dm) |
| 04/22/2013 | 80 | Minute Entry for proceedings held before Judge Lynn Adelman:Status Conference held on 4/22/2013; Plaintiff's brief re: Ferol facial challenges due 05/02/2013; Defendant's response due 05/31/2013; Plaintiff's reply due 06/14/2013 (jcl) |
| 05/02/2013 | 81 | BRIEF in Support filed by All Plaintiffs re 43 MOTION for Summary Judgment *as to Liability Supplemental Brief in Support of Ferol's Motion for Summary Judgment as to Liability on its Facial Challenge to Theater and Public Entertainment Club Ordinances*. (Olson, Jeff) |
| 05/02/2013 | 82 | Proposed Findings of Fact by All Plaintiffs (Olson, Jeff) |

| | | | |
|---|---|---|---|
| 05/03/2013 | 83 | | SCHEDULING ORDER signed by Judge Lynn Adelman on 5/3/13. Telephone Status Conference set for 6/19/2013 11:00 AM before Judge Lynn Adelman. The court will initiate the call. (cc: all counsel)(dm) |
| 05/31/2013 | 84 | | RESPONSE filed by City of Milwaukee re 81 Brief in Support of Motion, *Motion for Summary Judgment as to Liability on its facial challenge to theater and public entertainment club ordinances* (Stephens, Adam) |
| 06/14/2013 | 85 | | SUPPLEMENT by All Plaintiffs *Supplemental Reply Brief in Support of 43 Ferol's Motion for Summary Judgment as to Liability on its Facial Challenge to the Theater and Public Entertainment Club Ordinances*. (Olson, Jeff) Modified on 6/17/2013 (vkb) |
| 06/18/2013 | | | Set/Reset Hearings: Status Conference set for 6/19/2013 11:00 AM before Judge Lynn Adelman is adjourned and will be reset at a later date. (Deitrich, Jon) |
| 06/27/2013 | | | Set/Reset Hearings: Telephone status conference set for 7/16/2013 02:30 PM before Judge Lynn Adelman. The court will initiate the call. (cc: all counsel)(dm) |
| 06/28/2013 | | | Set/Reset Hearings: Telephone status conference set for 7/16/13 is ADJOURNED to 7/26/2013 11:30 AM before Judge Lynn Adelman. The court will initiate the call. (cc: all counsel)(dm) |
| 07/26/2013 | 86 | | Minute Entry for Telephone Status Conference held on 7/26/13 before Judge Lynn Adelman. Parties advise the court as to case status. Court will decide remaining liability issue and then set a status conference for 30 days later. (mlm) (Entered: 07/29/2013) |
| 08/28/2013 | 87 | | DECISION AND ORDER signed by Judge Lynn Adelman on 8/28/13 that the Citys motion for summary judgment on Ferols claims involving the theater and public entertainment club ordinances is DENIED. Further ordering that Ferols motion for partial summary judgment on its claims involving the theater and public entertainment club ordinances is GRANTED to the extent that if Ferol establishes at trial that it would have operated a dry gentlemens clubbut for the existence of the theater and public entertainment club ordinances, it will be entitled to recover damages for the period in which the ordinances prevented it from doing so. FINALLY, ordering an in−person status conference to be held on 9/27/2013 at 3:00 p.m. to schedule further proceedings. (cc: all counsel)(dm) |
| 08/28/2013 | | | Set Hearing: Status Conference set for 9/27/2013 at 3:00 PM in Courtroom 390, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Judge Lynn Adelman (vkb) (Entered: 08/29/2013) |
| 09/04/2013 | | | Set/Reset Hearings: Status conference set for 9/27/2013 at 3:00 p.m. is ADJOURNED to 10/2/2013 11:00 AM in Courtroom 364, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Judge Lynn Adelman. (cc: all counsel)(dm) |
| 10/02/2013 | 88 | | SCHEDULING ORDER signed by Judge Lynn Adelman on 10/2/13. Plaintiffs Expert Witnesses due by 12/1/2013; Defendants Expert Witnesses due by 3/1/2014; Discovery cutoff 6/1/2014. (cc: all counsel)(dm) |
| 10/02/2013 | 89 | | |

| | | | |
|---|---|---|---|
| | | | Minute Entry for proceedings held before Judge Lynn Adelman:Status Conference held on 10/2/2013; Court to issue scheduling order regarding expert discovery. Trial on damages to be set after such discovery concludes. (jcl) |
| 11/19/2013 | 90 | | Unopposed MOTION for Extension of Time *to Revise Pretrial Schedule* by All Plaintiffs. (Olson, Jeff) |
| 11/21/2013 | | | TEXT ONLY ORDER signed by Judge Lynn Adelman on 11/21/13 granting 90 Unopposed MOTION for Extension of Time *to Revise Pretrial Schedule* filed by Ferol LLC, Six Star Holdings LLC. Plaintiffs' expert report due 12/16/2013; Defendant's expert report due 3/17/2014. (cc: all counsel)(dm) |
| 03/13/2014 | 91 | | STIPULATION *to revise pretrial schedule regarding expert discovery* by All Defendants. (Stephens, Adam) |
| 03/18/2014 | | | TEXT ONLY ORDER approving 91 Stipulation filed by City of Milwaukee signed by Judge Lynn Adelman on 3/18/14. Defendant's expert report due 4/25/2014; Close of expert discovery 6/15/2014. (cc: all counsel)(dm) |
| 07/09/2014 | 92 | | SCHEDULING ORDER signed by Judge Lynn Adelman on 7/9/14 scheduling telephone status conference for 7/17/2014 11:00 AM before Judge Lynn Adelman. The court will initiate the call. (cc: all counsel)(dm) |
| 07/17/2014 | 93 | | ORDER signed by Judge Lynn Adelman on 7/17/14. Remaining discovery cutoff 11/26/2014; Final Pretrial Conference set for 12/22/2014 01:30 PM in Room 364, 517 E Wisconsin Ave.; Jury Trial set for 1/12/2015 10:00 AM in Courtroom 390, 517 E Wisconsin Ave., before Judge Lynn Adelman. (cc: all counsel)(dm) |
| 07/17/2014 | 94 | | Minute Entry for proceedings held before Judge Lynn Adelman:Telephonic Status Conference held on 7/17/2014; Final Pretrial Conference set for 12/22/2014 01:30 PM in Courtroom 390, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Judge Lynn Adelman; Jury Trial set for 1/12/2015 10:00 AM in Courtroom 390, before Judge Lynn Adelman; Any remaining discovery to be completed by 11/26/2014 (jcl) (Entered: 07/18/2014) |
| 09/30/2014 | 95 | | SCHEDULING ORDER signed by Judge Lynn Adelman on 9/30/14. Telephone status conference to reschedule trial date set for 10/2/2014 11:30 AM before Judge Lynn Adelman. The court will initiate the call. (cc: all counsel)(dm) |
| 10/02/2014 | | | DOCKETED IN ERROR ~~NOTICE by the Court. Telephone status conference will be held on 10/2/2014 at 12:15 p.m. The court will initiate the call. (cc: all counsel)(dm)~~ Modified on 10/2/2014 (jcl). |
| 10/02/2014 | 96 | | Minute Entry for proceedings held before Judge Lynn Adelman:Telephonic Status Conference held on 10/2/2014; Scheduling Order of 07/17/2014 is modified as follows: Final Pretrial Conference set for 1/23/2015 01:00 PM in Courtroom 390, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Judge Lynn Adelman., Jury Trial set for 2/17/2015 10:00 AM before Judge Lynn Adelman in Courtroom 390 (jcl) (Entered: 10/03/2014) |
| 01/16/2015 | 97 | | *Final* PRETRIAL REPORT by All Defendants. (Stephens, Adam) |
| 01/16/2015 | 98 | | PROPOSED VERDICT filed by All Defendants. (Stephens, Adam) |

| 01/16/2015 | 99 | | DISCLOSURE of Expert Witness ~~Statement~~ by All Defendants. (Attachments: #_1 Information Sheet)(Stephens, Adam) Modified on 1/20/2015 (vkb) |
|---|---|---|---|
| 01/16/2015 | 100 | | DISREGARD: DOCKETED IN ERROR ~~Exhibit List by All Defendants.~~ (Attachments: #_1 Exhibit 1000)(Stephens, Adam) Modified on 1/16/2015 (asc). |
| 01/16/2015 | 101 | | DISREGARD: DOCKETED IN ERROR ~~Exhibit List by All Defendants.~~ (Attachments: #_1 Exhibit 1001)(Stephens, Adam) Modified on 1/16/2015 (asc). |
| 01/16/2015 | 102 | | DISREGARD:DOCKETED IN ERROR ~~Exhibit List by All Defendants.~~ (Attachments: #_1 Exhibit 1002)(Stephens, Adam) Modified on 1/16/2015 (asc). |
| 01/16/2015 | 103 | | Exhibit List by All Defendants. (Stephens, Adam) |
| 01/16/2015 | 104 | | *Final* PRETRIAL REPORT by All Plaintiffs. (Attachments: #_1 Expert Report of John Peters, #_2 Exhibit List, #_3 Plaintiff's Proposed Voir dire Questions, #_4 Plaintiffs' Proposed Jury Instruction Before Trial, #_5 Plaintiffs' Proposed Jury Instructions After Trial, #_6 Plaintiff's Requested Special Verdict Form)(Olson, Jeff) |
| 01/22/2015 | 105 | | MOTION in Limine *to Exclude Defense Exhibit 1001* by All Plaintiffs. (Attachments: #_1 Exhibit Defense, 1001, email from Olson Law)(Olson, Jeff) |
| 01/23/2015 | 106 | | Minute Entry for proceedings held before Judge Lynn Adelman:Final Pretrial Conference held on 1/23/2015; Parties and court discuss jury instructions and trial procedure; Parties to file any remaining motions in limine by 01/30/2015; Responses to motions in limine due 02/06/2015 (Court Reporter Sheryl Stawski) (jcl) (Entered: 01/26/2015) |
| 01/26/2015 | | | NOTICE by the Court. Jury Trial set for 2/17/2015 before Judge Lynn Adelman will begin at 8:30 AM (not 10:00 AM as previously noticed). (dm) |
| 01/30/2015 | 107 | | OBJECTIONS by All Plaintiffs *to Defendant's Proposed Jury Instructions*. (Olson, Jeff) |
| 01/30/2015 | 108 | | MOTION in Limine *to Preclude Defense Argument that Case was Brought in Bad Faith* by All Plaintiffs. (Olson, Jeff) |
| 01/30/2015 | 109 | | MOTION for Damages *Award of Nominal Damages to Plaintiff Six Star Holdings, LLC, by the Court, as a Matter of Law* by All Plaintiffs. (Olson, Jeff) |
| 01/30/2015 | 110 | | OBJECTIONS by All Plaintiffs *to Defendant's Proposed Special Verdict Form*. (Olson, Jeff) |
| 01/30/2015 | 111 | | RESPONSE to Motion filed by All Defendants re 105 MOTION in Limine *to Exclude Defense Exhibit 1001* . (Stephens, Adam) |
| 01/30/2015 | 112 | | MOTIONS in Limine by All Defendants. (Attachments: #_1 Exhibit, #_2 Exhibit)(Stephens, Adam) Modified on 2/2/2015 (vkb) |
| 02/06/2015 | 113 | | |

| | | | |
|---|---|---|---|
| | | | RESPONSE to Motion filed by All Defendants re 109 MOTION for Damages *Award of Nominal Damages to Plaintiff Six Star Holdings, LLC, by the Court, as a Matter of Law* . (Attachments: # 1 Exhibit, # 2 Exhibit)(Stephens, Adam) |
| 02/06/2015 | 114 | | RESPONSE to Motion filed by All Defendants re 108 MOTION in Limine *to Preclude Defense Argument that Case was Brought in Bad Faith* . (Stephens, Adam) |
| 02/06/2015 | 115 | | RESPONSE filed by All Defendants re 107 Objections, 110 Objections (Stephens, Adam) |
| 02/06/2015 | 116 | | RESPONSE to Motion filed by All Plaintiffs re 112 MOTION in Limine *filed by Defendant City*. (Olson, Jeff) |
| 02/06/2015 | 117 | | DECLARATION of Sarah Furey Crandall *in Response to Defendant's Motions in Limine* (Attachments: # 1 Exhibit A, Supplemental Disclosures, # 2 Exhibit B, E−mails of Transmittal)(Olson, Jeff) |
| 02/19/2015 | 118 | 22 | DECISION AND ORDER signed by Judge Lynn Adelman on 2/19/15 granting 109 Motion for Nominal Damages. (cc: all counsel) (dm) |
| 02/19/2015 | 119 | | Minute Entry for proceedings held before Judge Lynn Adelman: Jury Trial begun on 2/17/2015, completed on 2/19/2015. (Court Reporter John Schindhelm) (Attachments: # 1 Minutes Day 2, # 2 Minutes Day 3) (kmm) |
| 02/19/2015 | 120 | | Jury Instructions. (kmm) |
| 02/19/2015 | 121 | 20 | JURY VERDICT for plaintiff Ferol LLC and against City of Milwaukee. (kmm) |
| 02/19/2015 | 122 | 19 | JUDGMENT entered by Deputy Clerk and approved by Judge Lynn Adelman on 2/19/15 in favor of Ferol LLC against City of Milwaukee in the amount of $435,000. Further that plaintiff Six Star Holdings shall recover $1 in nominal damages on its claim involving the theater ordinance. Plaintiffs take nothing with respect to claims involving tavern licenses. Case Terminated. (cc: all counsel)(kmm) |
| 02/19/2015 | 123 | | Exhibit List by All Parties. (cms) (Entered: 02/20/2015) |
| 02/20/2015 | 124 | | EXHIBITS received for All Parties Exhibit list filed. (Attachments: # 1 Exhibit List) (cms) |
| 03/04/2015 | 125 | | Unopposed MOTION for Extension of Time *in Which to File and Respond to Application for Costs and Attorneys' Fees* by All Plaintiffs. (Olson, Jeff) |
| 03/05/2015 | | | TEXT ONLY ORDER granting 125 Unopposed MOTION for Extension of Time *in Which to File and Respond to Application for Costs and Attorneys' Fees* filed by Ferol LLC, Six Star Holdings LLC signed by Judge Lynn Adelman on 3/5/15. (cc: all counsel)(dm) |
| 03/20/2015 | 126 | 14 | NOTICE OF APPEAL as to 87 Order,,, 122 Judgment, Terminated Case,, 118 Order on Motion for Damages, 78 Order on Motion for Summary Judgment, Order on Motion for Leave to File Excess Pages,,,,,,,,,,,,, by All Defendants. Filing Fee PAID $505, receipt number 0757−2069842 (cc: all counsel) (Stephens, Adam) |

| 03/20/2015 | <u>127</u> | 17 | Docketing Statement by All Defendants re <u>126</u> Notice of Appeal, (cc: all counsel) (Stephens, Adam) |
| 03/20/2015 | <u>128</u> | | Attorney Cover Letter re: <u>126</u> Notice of Appeal, (Attachments: # <u>1</u> docket sheet)(dl) |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

SIX STAR HOLDINGS, LLC and
FEROL, LLC

                Plaintiff,

v.                                        Case No. 10-C-893 (LA)

CITY OF MILWAUKEE,

                Defendants.

## SEVENTH CIRCUIT RULE 3(c) DOCKETING STATEMENT

Notice is hereby given that defendant and appellant City of Milwaukee offers the following docketing statement filed contemporaneously with the Notice of Appeal pursuant to Seventh Circuit Rule 3(c)(1).

The plaintiffs are two businesses, Six Star Holdings, LLC and Ferol, LLC, who have previously applied for licenses to open gentlemen's clubs in the City of Milwaukee featuring erotic dance entertainment. *See*, Fourth Amended and Supplemental Complaint filed as Document 36. Plaintiff Ferol, LLC applied with the City of Milwaukee seeking tavern and tavern amusement licenses in 2009 and 2010. Plaintiff Six Star Holdings, LLC applied with the City of Milwaukee seeking tavern and tavern amusement licenses in 2010 and a theater license in 2011.

Plaintiffs alleged that four former City of Milwaukee Ordinances, the tavern license, tavern amusement license, theater license and public entertainment club license were unconstitutional and violated the First

Amendment to the United States Constitution. The tavern amusement, theater and public entertainment club license ordinances were repealed and replaced during the litigation in this case in March, 2012. Plaintiffs brought the present lawsuit pursuant to 42 U.S.C. § 1983.  The Eastern District of Wisconsin has jurisdiction over this lawsuit pursuant to 28 U.S.C. § 1331 (federal question jurisdiction), 1343(a)(3) (42 U.S.C. § 1983 jurisdiction)), and 2201-2202 (declaratory judgment jurisdiction).  *See*, Fourth Amended and Supplemental Complaint filed as Document 36.

This appeal concerns (1) the district court's summary judgment decision and order filed on March 18, 2013 as Document 78 denying the defendant City of Milwaukee's Motion for Summary Judgment relative to plaintiffs Six Star Holdings LLC and Ferol LLC's claims against the former theater and public entertainment club ordinances of the City of Milwaukee; (2) the district court's subsequent summary judgment decision and order filed on August 23, 2013 as Document 87 transforming plaintiff Ferol, LLC's facial claim against the City's former theater and public entertainment club licensing ordinances into an as-applied challenge and permitting Ferol to seek compensatory damages for lost profits; (3) the district court's decision and order filed on February 19, 2015 as Document 118 awarding plaintiff Six Star Holdings, LLC nominal damages in the amount of $1.00; and, (4) final judgment entered and filed by the district court on February 19, 2015 as Document 122 following a jury verdict that was only necessitated by the erroneous August 23, 2013 summary judgment decision and order.

The only remaining issue pending before the district court in this case is the plaintiffs' application for costs and attorney's fees pursuant to FRCP Rule 54(d), which, by stipulation, the district court permitted the plaintiffs an additional 45 days, or until April 20, 2015, to file their application for costs and motion for attorney's fees. The court further permitted defendant City of Milwaukee an additional 45 days to respond.

Finally, the Notice of Appeal was filed contemporaneously with this docketing statement on March 20, 2015.

Dated this 20th day of March, 2015.

GRANT F. LANGLEY
City  Attorney

s/ADAM B. STEPHENS
State Bar No. 1033108
Assistant City Attorney
Attorney for Defendant City of Milwaukee

ADDRESS:
800 City Hall
200 East Wells Street
Milwaukee, WI  53202
Telephone:  (414) 286-2601
Fax: (414) 286-8550
asteph@milwaukee.gov

213684/1081-2010-2885

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

SIX STAR HOLDINGS, LLC and
FEROL, LLC

             Plaintiffs,

    v.                                    Case No. 10-C-893 (LA)

CITY OF MILWAUKEE,

             Defendant.

## NOTICE OF APPEAL

       Notice is given that defendant City of Milwaukee, by counsel, City Attorney Grant F. Langley, by Assistant City Attorney Adam B. Stephens, hereby appeals to the United States Court of Appeals for the Seventh Circuit in the case entitled *Six Star Holdings, LLC and Ferol, LLC v. City of Milwaukee* regarding the following final judgment and decisions and orders entered by the Honorable Lynn Adelman in this action:

    1.) Decision and Order filed 03/18/13 as Document 78;

    2.) Decision and Order filed 08/23/13 as Document 87;

    3.) Decision and Order filed 02/19/15 as Document 118; and,

    4.) Judgment entered and filed 02/19/15 as Document 122.

Dated at Milwaukee, Wisconsin, this 20th day of March, 2015.

GRANT F. LANGLEY, City Attorney


s/ADAM B. STEPHENS
State Bar No. 1033108
Assistant City Attorney
Attorney for Defendant
City of Milwaukee

ADDRESS:
800 City Hall
200 East Wells Street
Milwaukee, WI  53202
Telephone: (414) 286-2601
Fax: (414) 286-8550
asteph@milwaukee.gov
213586/1081-2010-2885

# United States District Court

## EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

SIX STAR HOLDINGS, LLC and
FEROL, LLC,
      Plaintiffs

     v.                     CASE NUMBER: 10-C-0893

CITY OF MILWAUKEE,
      Defendant

☒    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that plaintiff Ferol LLC shall recover $435,500.00 from the defendant City of Milwaukee on its claim involving the theater and public entertainment club ordinances.  IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Six Star Holdings, LLC, shall recover $1.00 in nominal damages from the defendant City of Milwaukee on its claim involving the theater ordinance.  The plaintiffs shall take nothing with respect to their claims involving tavern licenses.

Approved:

s/ Lynn Adelman

_____
LYNN ADELMAN, District Judge

_____
February 19, 2015
Date

Jon W. Sanfilippo
_____
Clerk

s/ D. Monroe
_____
(By) Deputy Clerk

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

SIX STAR HOLDINGS, LLC and
FEROL, LLC,
      **Plaintiffs,**

v.
                                    **Case No. 10-C-0893**

CITY OF MILWAUKEE,
      **Defendant.**

---

## <u>VERDICT</u>

**QUESTION NO. 1:**

Would plaintiff Ferol, LLC have opened a dry gentlemen's club at 117 West Pittsburgh Avenue in the City of Milwaukee before March 12, 2012 but for the existence of the former theater and public entertainment club ordinances?

Answer:     **YES** (Yes or No)

[Continue to the next page.]

**QUESTION NO. 2:**

If you have answered "Yes" to Question No. 1, then answer this question; otherwise do not answer it:

What amount of profit, if any, would plaintiff Ferol LLC have earned at a dry gentlemen's club at 117 West Pittsburgh Avenue in the City of Milwaukee before March 12, 2012?

Answer:    $ _435,500_

Once this form has been completed, the foreperson of the Jury should sign the verdict below and return it to the court.

_____

**FOREPERSON OF THE JURY**

2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**SIX STAR HOLDINGS, LLC**
**and FEROL, LLC**
                    **Plaintiffs,**

    **v.**                                        **Case No. 10-C-0893**

**CITY OF MILWAUKEE**
                    **Defendant.**

---

### DECISION AND ORDER

On February 19, 2015, a jury returned a verdict in favor of plaintiff Ferol LLC and against the City of Milwaukee in the amount of $435,500 in connection with Ferol's claim challenging the constitutionality of the City's "theater" and "public entertainment club" ordinances. The other plaintiff in this case, Six Star Holdings, LLC, did not present evidence at trial. However, I had previously granted summary judgment to Six Star on its claim challenging the constitutionality of the City of Milwaukee's former theater ordinance. Although Six Star elected not to pursue compensatory damages at trial, it is still entitled to an award of $1.00 in nominal damages. See Carey v. Piphus, 435 U.S. 247, 266–67 (1978). The City, however, contends that Six Star waived its right to recover nominal damages by stating in response to the City's interrogatories and requests for admission that it will not seek damages from the City. See ECF No. 113 and attached exhibits. But the context of the interrogatories and requests for admission makes clear that Six Star was waiving only its claims for compensatory damages—i.e., damages that Six Star would have to prove at trial. Accordingly, I conclude that Six Star has not waived its right to recover nominal damages and will enter a judgment that includes a $1.00 nominal-damages award in favor of Six Star.

For the reasons stated, **IT IS ORDERED** that plaintiff Six Star's motion for nominal damages is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 19th day of February 2015.

s/ Lynn Adelman

_____

LYNN ADELMAN
District Judge

2